UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01787-PGB-DAB

HOWARD COHAN,

    Plaintiff,

vs.

ESA P PORTFOLIO OPERATING LESSEE LLC
a Foreign Limited Liability Company
d/b/a EXTENDED STAY AMERICA #9511

    Defendant(s).
_____/

**NOTICE OF SETTLEMENT**

    The Plaintiff, HOWARD COHAN and the Defendant, ESA P PORTFOLIO OPERATING LESSEE LLC, a Foreign Limited Liability Company, d/b/a EXTENDED STAY AMERICA #9511, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED December 20, 2022.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Christine F. Gay** |
|---|---|
| Gregory S. Sconzo, Esq. | **Christine F. Gay, Esq.** |
| Florida Bar No.: 0105553 | Florida Bar No.: 0026009 |
| Sconzo Law Office, P.A. | Email: christine.gay@hklaw.com |
| 3825 PGA Boulevard, Suite 207 | 701 Brickell Ave., |
| Palm Beach Gardens, FL 33410 | Suite 3300 |

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

Miami, FL 33131
Telephone: (305) 374-8500
Fax: (305) 789-7799

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        **/s/ Gregory S. Sconzo**
                                        **Gregory S. Sconzo, Esq.**